■ THE PEOPLE OF THE STATE OF NEW YORK v. CLARENCE STANLEY BAUM. — Motion for leave to prosecute appeal in 1962 *coram nobis* proceeding as a poor person, and for other relief, denied. Memorandum: Substantially all of the issues in this proceeding were recently passed upon by this court. (*People*

v. *Baum,* 15 A D 2d 863.) Reargument of motion for leave to prosecute appeal in 1959 *coram nobis* proceeding as poor person denied.